DELLENBACH, APPELLEE, *v.* ROBINSON ET AL., APPELLANTS.

[Cite as *Dellenbach v. Robinson* (1994), 70 Ohio St.3d 1219.]

(No. 93–1329—Submitted September 13, 1994—Decided November 9, 1994.)

---

*John W. Leibold* and *Melanie A. Ray,* for appellee.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Patrick F. Smith* and *Karen L. Clouse,* for appellant Robinson.

*Baker & Hostetler, Bradley Hummel* and *David C. Levine,* for appellant Grant Medical Center.

*Scanlon & Henretta Co., L.P.A., Lawrence J. Scanlon* and *Ann Marie O'Brien,* urging affirmance for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Squire, Sanders & Dempsey, William M. Todd* and *Terri–Lynne B. Smiles,* urging reversal for *amici curiae,* Ohio State Medical Association and Ohio Hospital Association.

---

The cause is dismissed, *sua sponte,* as having been improperly allowed.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent and would reverse the judgment of the court of appeals.